IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK HUTCHINSON, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>LVNV FUNDING, LLC, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.:<br>2:15-cv-599-WHA |

## NOTICE OF SETTLEMENT

COME NOW Plaintiff Mark Hutchinson, and Defendant LVNV Funding, LLC, by and through respective undersigned counsel, and respectfully show unto this Honorable Court that the case has been settled.

1. The Parties have negotiated and executed a settlement agreement in this action.

2. The Parties expect the settlement funds to be paid in the next 30 days.

3. The Parties request that they be given time to complete the settlement, at which point the parties will stipulate to dismiss the case with prejudice.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request this Honorable Court allow the Parties 30 days to dismiss the case with prejudice.

Respectfully submitted this 31st day of March, 2016.

| | |
|---|---|
| *s/Gayle L. Douglas* | *s/Benjamin N. Hutnick* |
| Gayle L. Douglas (ASB-6971-E63D) | Benjamin N. Hutnick (*Pro Hac Vice*) |
| HENINGER GARRISON DAVIS, LLC | BERMAN & RABIN, PA |
| P. O. Box 11310 | 15280 Metcalf |
| Birmingham, Alabama 35202 | Overland Park, KS 66223 |
| Telephone: (205) 326-3336 | Telephone: (913) 649-1555 |
| Facsimile: (205) 326-3332 | Facsimile: (913) 652-9474 |
| E-mail: gdouglas@hgdlawfirm.com | Email: bhutnick@bermanrabin.com |